PROB 12B
ED/AR (8/2001)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 31 2012

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# United States District Court

### for the

### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Jennifer E. Goad                Case Number:  4:09CR00127 JLH

Name of Sentencing Judicial Officer:     Honorable J. Leon Holmes
                                         United States District Judge

Offense:               Theft of Social Security Benefits

Date of Sentence:      December 10, 2010

Sentence:              Time served, 3 years supervised release, residential substance abuse treatment
                       upon release to supervised release, substance abuse treatment, mandatory
                       drug screening, mental health treatment, no employment at an institution
                       insured by the FDIC or a Federal Credit Union, financial disclosure, DNA
                       collection, $17,366.91 restitution, and $100 special penalty assessment

                       **March 13, 2012:**  A motion to revoke was held in abeyance.  Supervised
                       release conditions were modified to include residential reentry center
                       placement for a period of 6 months.  If defendant continues to comply with
                       her conditions of supervised release and successfully completes her six month
                       term at the City of Faith facility, the motions to revoke will be dismissed.  All
                       other conditions of supervised release remain unchanged and in full force and
                       effect as previously imposed

                       **October 11, 2012:**  Motion to revoke supervised release was dismissed.

Type of Supervision:   Supervised Release         Date Supervision Commenced:  December 10, 2010
                                                  Expiration Date:  December 9, 2013

Asst. U.S. Attorney:  Angela Jegley               Defense Attorney:  To be determined

U.S. Probation Officer:  Emilienne Ngampa
Phone No.:  870-534-8483

_____

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

    **The defendant shall pay restitution in the amount of not less than $50 a month.**

Prob 12B                         -2-                    Request for Modifying the
                                                        Conditions or Terms of Supervision
                                                        with Consent of the Offender

Name of Offender:  Jennifer E. Goad              Case Number:  4:09CR00127 JLH

CAUSE

A financial investigation was conducted which determined that Ms. Goad is financially unable to pay her restitution as directed by the Court.  She is working part-time as a waitress at Huddle House in Pine Bluff, Arkansas, earning $2.65 an hour plus tips.  She is court-ordered to pay child support for her five children in the amount of $367 a month.  Therefore, it is requested that her conditions be modified as noted above.

Emilienne Ngampa                                 Angela Jegley
U.S. Probation Officer                           Assistant U.S. Attorney

Date: October 25, 2012                           Date: _October 26th, 2012_

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

                                                 Signature of Judicial Officer
                                                 _October 31, 2012_
                                                 Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

Supervising U.S. Probation Officer

EN/sli

c:  Assistant U.S. Attorney, Angela Jegley, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**The defendant shall pay restitution in the amount of not less than $50 a month**

Witness: _____     Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee

_____
10/25/12
DATE